**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**      Jeffrey P. Colwell, Clerk


**FROM:**    Judge Robert E. Blackburn


**DATE:**    March 26, 2025


**RE:**      Criminal Action No.  25-cr-00093
             USA v. Cisneros

    Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.