IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00093-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

Jason Cisneros,

     Defendant.

---

## CERTIFICATE OF MAILING

---

I hereby certify that on January 21, 2026, I mailed a copy of **Restricted Document [ECF No. 41]** and a copy of this Certificate of Mailing to the individuals listed below by placing a paper copy in the mailbox for the U.S. Attorney's Office and Federal Public Defender's Office which is located at the Clerk's Office for the District of Colorado

**Attorneys of Record:**

AUSA – Brian Dunn, Kurt Bohn

AFPD – Kilie Latendresse

           s/K. Myhaver
           *Deputy Clerk*